**Igale SHADIAN, Plaintiff–Appellant,**

v.

**FIRE INSURANCE EXCHANGE, Defendant–Appellee.**

No. 05–56925.

United States Court of Appeals, Ninth Circuit.

Submitted June 5, 2006.*

Filed June 9, 2006.

Apt. 1, Los Angeles, CA, for Plaintiff–Appellant.

Stephen P. Bergen, Esq., Hollins & Schechter, Santa Ana, CA, for Defendant–Appellee.

Before: CANBY, T.G. NELSON and KLEINFELD, Circuit Judges.

MEMORANDUM **

We have received notice of appellant's payment of the docketing and filing fees for this appeal.

A review of the record and appellant's response to the court's March 8, 2006 order to show cause indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's judgment. *See* 28 U.S.C. §§ 1331, 1332.

**AFFIRMED.**

---

*riche v. Ashcroft,* 350 F.3d 845, 849 (9th Cir. 2003).

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.